UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET LP, | |
| Plaintiff(s), | Case No. C05-1844P |
| v. | |
| COOLANIMALSTUFF.COM, | MINUTE ORDER |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **April 28, 2006.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

Filed this 9th day of March, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
Deputy Clerk